104 F.3d 360
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Timothy Patrick O'CONNELL, Defendant-Appellant.
 No. 96-6917.
 United States Court of Appeals, Fourth Circuit.
 Submitted Dec. 12, 1996.
Decided Dec. 19, 1996.
 
 Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-90-6-C-P)
 Timothy Patrick O'Connell, Appellant Pro Se. Frank DeArmon Whitney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.
 W.D.N.C.
 AFFIRMED.
 Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order denying Appellant's motion for return of forefeited property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. O'Connell, No. CR-90-6-C-P (W.D.N.C. Dec. 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.